IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| GREENSBORO ASSOCIATES, LP | ) |
| Petitioner, | ) |
| v. | ) Case No.: <u>1:22cv00800-MJM</u> |
| AmGUARD INSURANCE COMPANY | ) |
| Defendant. | ) |

## NOTICE OF ENTRY OF AN ORDER

Upon request of the Petitioner and Defendant, the parties jointly request the Court to enter the attached Agreed Order providing the Defendant an extension to respond to Petitioner's Petition to Enforce Appraisal to and through May 10, 2022, while the parties attempt to resolve the matter.

> GREENSBORO ASSOCIATES, LP
> By Counsel
>
> */s/ C. Thomas Brown, Esquire*
> Erik B. Lawson, Esquire
> SILVER & BROWN, P.C.
> 10621 Jones Street, Suite 101
> Fairfax, Virginia 22030
> tom@virginia-lawyers.net
> erik@virginia-lawyers.net
> Ph: (703) 591-6666
> Fx: (703) 591-5618
> *Attorneys for Petitioner*

33230539.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of April 2022, I electronically filed the *Notice* with the Clerk of Court using CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Imoh E. Akpan, (Bar ID No. 30070)
G. Calvin Awkward, III (Bar ID No.18652)
Goldberg Segalla, LLC
111 South Calvert Street, Suite 2000
Baltimore, MD 21202
Ph:  (443) 615-7516
Fx:  (410) 752-6868
iakpan@goldbergsegalla.com
cawkward@goldbergsegalla.com
*Attorneys for Defendant, AmGuard Insurance Company*

                       */s/ C. Thomas Brown*
C. Thomas Brown, Esquire
Erik B. Lawson, Esquire
SILVER & BROWN, P.C.
10621 Jones Street, Suite 101
Fairfax, Virginia 22030
tom@virgnia-lawyers.net
erik@virginia-lawyers.net
Ph: (703) 591-6666
Fx: (703) 591-5618
*Attorneys for Petitioner, Greensboro Associates, LP*

33230539.v1