IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GREENSBORO ASSOCIATES, LP | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.: 1:22cv00800-MJM |
| | ) |
| AmGUARD INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41**

The Parties, Plaintiff Greensboro Associates, LP and Defendant AmGUARD Insurance Company, by and through their counsel, pursuant to Rule 41(a)(1)(A)(ii) hereby file this Stipulation noting that the appraisal which was the subject of the complaint has been completed, an award given, and therefore the parties request that this case be dismissed.

Respectfully submitted,

| | |
|---|---|
| */s/ C. Thomas Brown, Esquire* | */s/ Imoh E. Akpan, Esquire* |
| C. Thomas Brown, Esquire | Imoh E. Akpan, Esquire |
| Erik B. Lawson, Esquire | GOLDBERG SEGALLA |
| SILVER & BROWN, P.C. | 111 South Calvert St, Suite 2000 |
| 10621 Jones Street, Suite 101 | Baltimore, MD 21202-6114 |
| Fairfax, Virginia 22030 | Ph: 443.615.7516 |
| tom@virginia-lawyers.net | Fx: 443.615.7599 \| |
| erik@virginia-lawyers.net | iakpan@goldbergsegalla.com |
| Ph: (703) 591-6666 | *Attorneys for Respondents AmGUARD Insurance Company* |
| Fx: (703) 591-5618 | |
| *Attorneys for Petitioner Greensboro Associates, LP* | |

**Approved. 8/18/2022**
**Matthew J. Maddox**
**United States Magistrate Judge**